# Supreme Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Gregory Hilton,
Clerk

(410) 260-1500
(800) 926-2583

November 2, 2026

**NOTICE**

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, give notice, pursuant to Maryland Rule 19-761(b), that, by the Supreme Court of Maryland's November 2, 2026 Per Curiam Order, **ROLAND PATRICK BROWN** has been disbarred, effective immediately, and his name has been stricken from the register of attorneys in this Court as of November 2, 2026.

Roland Patrick Brown's attorney number is: **0209050002.**

/S/ Gregory Hilton
Clerk